UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JAMES RAMIREZ a/k/a Santiago Ramirez, <br><br> Defendant. | Criminal No. 17-10328 <br><br> VIOLATIONS: <br><br> 21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Fentanyl <br><br> 18 U.S.C. §§ 922(g)(1) – Possession of a Firearm by a Felon <br><br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Firearm Forfeiture Allegation <br><br> 21 U.S.C. § 853 ( Forfeiture Allegation) |

## INFORMATION

**COUNT ONE**  21 U.S.C. § 846 – Conspiracy to Possess Fentanyl and Cocaine with Intent to Distribute

The United States Attorney charges that:

From a date unknown, but not later than in or around 2010, and continuing through August 2017, at Boston (Dorchester) and elsewhere in the District of Massachusetts,

**JAMES RAMIREZ a/k/a Santiago Ramirez,**

defendant herein, did knowingly combine, conspire, confederate, and agree with others, known and unknown to the United States Attorney, to distribute, and to possess with the intent to distribute, controlled substances, to wit: fentanyl and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One of the Information involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. It is further alleged that these amounts were reasonable foreseeable and attributable to JAMES RAMIREZ. Accordingly, Title 21, United States Code, Sections 841(b)(1)(A)(vi) and 841(b)(1)(B)(ii) are applicable to the Count.

It is further alleged that the offense charged in Count One of the Information involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and that this amount was reasonably foreseeable and attributable to JAMES RAMIREZ. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count and to JAMES RAMIREZ.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**   18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon

The United States Attorney further charges that:

On or about August 22, 2017, in the District of Massachusetts,

**JAMES RAMIREZ a/k/a Santiago Ramirez,**

after having been convicted of a crime which is punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearm: a Walther, P22, .22 caliber pistol bearing serial number L231714.

In violation of Title 18, United States Code, Section 922(g)(1).

# DRUG FORFEITURE ALLEGATION
## 21 U.S.C. § 853

The United States Attorney further alleges that:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Information,

**JAMES RAMIREZ a/k/a Santiago Ramirez,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

    a. $250,000 in United States currency, to be entered in the form of a forfeiture money judgment;

    b. The real property described as 5 Everett Avenue, Unit 5-1, Boston, Massachusetts 02125; and,

    c. one 2013 Ford F-150 truck, bearing vehicle identification number 1FTFW1ET1DFC64686.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) have been transferred or sold to, or deposited with, a third party;

    (c) have been placed beyond the jurisdiction of the Court;

  (d)  have been substantially diminished in value; or

  (e)  have been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION

(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g), set forth in Count One of the Information,

**JAMES RAMIREZ a/k/a Santiago Ramirez**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. one Walter P22, .22 caliber pistol, bearing serial number L231714.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Eric S. Rosen
Eric S. Rosen
Assistant U.S. Attorney

Date: October 24, 2017