UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   Plaintiff, )<br>         )<br>  v. )<br>         )<br>JAMES RAMIREZ, )<br> a/k/a "Santiago Ramirez," )<br>   Defendant. ) | Criminal No. 17-10328-WGY |

## UNITED STATES' MOTION TO VACATE
## RESTRAINING ORDER AND RELEASE *LIS PENDENS*

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully requests that this Court vacate the Restraining Order and release the *lis pendens*, which were issued by this Court on December 15, 2017, against the following property:

  a.  the real property located at 5 Everett Avenue, Unit 5-1, Boston, Massachusetts which is owned by 5-1 Everett Realty Trust, Trustee Luis D. Ramos, including all buildings, appurtenances, and improvements thereon, more particularly described in a Condominium Unit Deed Recorded in Book 00554, Page 13 at the Suffolk County Registry of Deeds (the "Real Property").

The Restraining Order was recorded with the Suffolk County Registry of Deeds, at Book 00554, Page 13, bearing document number 879048. The *Lis Pendens* was recorded with the Suffolk County Registry of Deeds, at Book 00554, Page 13, bearing document number 879047.

As grounds for this motion, the United States executed a Settlement Agreement with MECM, LLC ("MECM"), and Jeremy D. Ramirez, which resolved the forfeiture dispute relating to the Real Property. *See* Docket No. 65.

WHEREFORE, the United States respectfully requests that this Court endorse an Order Vacating the Restraining Order, and authorize the release of the *lis pendens*. Proposed Orders are submitted herewith.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney,

By:   */s/ Doreen M. Rachal*
       DOREEN M. RACHAL, B.B.O. #667837
       Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated: August 17, 2018        doreen.rachal@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Doreen M. Rachal, Assistant United States Attorney, hereby certify that the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                */s/ Doreen M. Rachal*
                DOREEN M. RACHAL
Dated: August 17, 2018        Assistant United States Attorney