UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES RAMIREZ, )<br>a/k/a "Santiago Ramirez," )<br>Defendant. ) | Criminal No. 17-10328-WGY |

## ORDER VACATING RESTRAINING ORDER

**YOUNG, D.J.**

The United States of America, having petitioned this Court for an Order to Vacate the Restraining Order issued on December 15, 2017, which restrained the following:

    a.    the real property located at 5 Everett Avenue, Unit 5-1, Boston, Massachusetts which is owned by 5-1 Everett Realty Trust, Trustee Luis D. Ramos, including all buildings, appurtenances, and improvements thereon, more particularly described in a Condominium Unit Deed Recorded in Book 00554, Page 13 at the Suffolk County Registry of Deeds (the "Real Property"),

and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Restraining Order shall be vacated as to the above Real Property, thereby releasing the United States' interests in and to the Real Property.

DONE AND ORDERED in Boston, Massachusetts, this 30TH day of Aug, 2018

WILLIAM G. YOUNG
United States District Judge