UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 17-cr-10328-WGY |
| | ) | |
| JAMES RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF INFORMATION
## FILED PURSUANT TO 21 U.S.C. § 851 (ECF DKT. 12)

The United States hereby withdraws the Information filed on November 14, 2017 pursuant

to Title 21, United States Code, Section 851, in the above-captioned case on the ground that the

underlying predicate offense no longer qualifies as a "serious drug felony," 21 U.S.C. § 802(57),

pursuant to the newly-enacted First Step Act, Pub. L. 115-391, Title IV, § 401(a)(1), Dec. 21, 2018,

132 Stat. 5220.

                                Respectfully submitted,

                                ANDREW E. LELLING
                                United States Attorney

                        By:     /s/ *Alathea Porter*
                                Alathea E. Porter
                                Philip Cheng
                                Assistant U.S. Attorneys

DATED: April 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated:   April 15, 2019                                    /s/ *Alathea Porter*
                                                                  ALATHEA E. PORTER
                                                                  Assistant U.S. Attorney